In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00260-CR
_____

**DELORES ANN PAYSINGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-05-05319-CR**

**MEMORANDUM OPINION**

Delores Ann Paysinger has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on July 24, 2018
Opinion Delivered July 25, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.